# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 | CIVIL ACTION NO: |
| **Plaintiff** | **COMPLAINT** |
| vs. | RE:<br>324 Lavertu Road, Madawaska, ME 04756 |
| Fitzroy P. Weatherspoon | Mortgage:<br>November 2, 2005<br>Book 1473, Page 115 |
| **Defendant**<br>Jean Sirois.<br>**Party-In-Interest** | |

NOW COMES the Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Fitzroy P. Weatherspoon, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, in which the Defendant, Fitzroy P. Weatherspoon, is the obligor and the total amount owed under the terms of the Note is One Hundred Twenty-Three Thousand Three Hundred Sixty-Nine and 90/100 ($123,369.90) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 is a National Association with its principal place of business located at 425 Walnut Street, Cincinnati, OH. 45202, and main office in the State of Delaware at 1100 North Market Street Wilmington, Delaware, 19890 and is therefore a citizen of Delaware.

5. The Defendant, Fitzroy P. Weatherspoon, is a resident of Port Murray, County of Warren and State of New Jersey.

6. The Party-in-Interest, Jean Sirois, is located at 373 Main St, Presque Isle, ME 04769.

## FACTS

7. On November 2, 2005, by virtue of a Warranty Deed from Claudette Martin a/k/a Claudette Lavertu, which is recorded in the Aroostook County Registry of Deeds -

Northern in **Book 1473, Page 112**, the property situated at 324 Lavertu Road, City/Town of Madawaska, County of Aroostook, and State of Maine, was conveyed to Fitzroy P. Weatherspoon, being more particularly described by the attached Exhibit A.

8. On November 2, 2005, Defendant, Fitzroy P. Weatherspoon, executed and delivered to First Horizon Home Loan Corporation a certain Note under seal in the amount of $72,000.00. Defendant, Fitzroy P. Weatherspoon's, personal liability is limited and/or extinguished by the Chapter 7 bankruptcy filed which resulted in a bankruptcy discharge. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on November 2, 2005, Defendant, Fitzroy P. Weatherspoon, executed a Mortgage Deed in favor of First Horizon Home Loan Corporation, securing the property located at 324 Lavertu Road, Madawaska, ME 04756 which Mortgage Deed is recorded in the Aroostook County Registry of Deeds - Northern in **Book 1473**, **Page 115**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to Mortgage Electronic Registration Systems, Inc. by virtue of an Assignment of Mortgage dated December 12, 2005, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 1541, Page 69**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to HSBC Mortgage Services Inc. by virtue of an Assignment of Mortgage dated May 25, 2012, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 1764**, **Page 176**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust by virtue of an Assignment of Mortgage dated February 18, 2014, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 1877**, **Page 2**. *See*

Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to CitiBank, N.A. as Trustee for CMLTI Asset Trust by virtue of an Assignment of Mortgage dated August 28, 2018 and recorded in the Aroostook County Registry of Deeds - Northern in **Book 2047**, **Page 174**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Chimera Funding TRS LLC by virtue of an Assignment of Mortgage dated September 20, 2018, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 2047**, **Page 187**. *See* Exhibit H (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. The Mortgage was then assigned to U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust by virtue of an Assignment of Mortgage dated January 10, 2019, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 2047**, **Page 161**. *See* Exhibit I (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

16. The Mortgage was then assigned to CIM Trust 2018-R4 by virtue of an Assignment of Mortgage dated January 23, 2020, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 2089**, **Page 275**. *See* Exhibit J (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

17. The Mortgage was then assigned to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 by virtue of an Assignment of Mortgage dated April 25, 2022, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 2224**, **Page 57**. *See* Exhibit K (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

18. The Mortgage was then assigned to U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2021-NR4 by virtue of an Assignment of Mortgage dated September 7, 2023, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 2286**, **Page 189**. *See* Exhibit L (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

19. On May 18, 2022, the Defendant, Fitzroy P. Weatherspoon, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit M (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

20. The Demand Letter informed the Defendant, Fitzroy P. Weatherspoon, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit M.

21. The Defendant, Fitzroy P. Weatherspoon, failed to cure the default prior to the expiration of the Demand Letter.

22. The Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

23. The Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

24. The Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

25. Jean Sirois. is a Party-in-Interest pursuant to a Writ of Execution in the amount of $1,125.00 dated March 14, 2019, and recorded in the Aroostook County Registry of Deeds - Northern in **Book 2054**, **Page 338** and is in second position behind Plaintiff's Mortgage.

26. The total debt owed under the Note and Mortgage as of September 29, 2023, is One Hundred Twenty-Three Thousand Three Hundred Sixty-Nine and 90/100 ($123,369.90) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $87,323.64 |
| Interest | $18,137.90 |
| Escrow Advance | $10,206.44 |
| Rec Corp Adv Balance | $7,701.92 |
| Grand Total | $123,369.90 |

27. Upon information and belief, the Defendant, Fitzroy P. Weatherspoon, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

28. The Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, repeats and re-alleges paragraphs 1 through 27 as if fully set forth herein.

29. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 324 Lavertu Road, Madawaska, County of Aroostook, and State of Maine. *See* Exhibit A.

30. The Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, is the holder of the Note (as modified by increasing the principal balance) referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, has the right to foreclosure and sale upon the subject property.

31. The Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, is the current owner and investor of the aforesaid Mortgage and Note.

32. The Defendant, Fitzroy P. Weatherspoon, is presently in default on said Mortgage and Note, having failed to make the monthly payment due April 1, 2020, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

33. The total debt owed under the Note and Mortgage as of September 29, 2023, is One Hundred Twenty-Three Thousand Three Hundred Sixty-Nine and 90/100 ($123,369.90) Dollars.

34. The record established through the Aroostook County Registry of Deeds - Northern indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

35. By virtue of the Defendant, Fitzroy P. Weatherspoon's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate, as affected by Defendant, Fitzroy P. Weatherspoon's, discharge in bankruptcy and, accordingly, this action <u>does not</u> seek any

personal liability on the part of the Defendant, Fitzroy P. Weatherspoon, but only seeks *in rem* judgment against the property.

36. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Fitzroy P. Weatherspoon, on May 18, 2022, evidenced by the Certificate of Mailing. *See* Exhibit M.

37. The Defendant, Fitzroy P. Weatherspoon, is not in the Military as evidenced by the attached Exhibit N.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322, as affected by Defendant, Fitzroy P. Weatherspoon's, discharge in bankruptcy, and accordingly, this action <u>does not</u> seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property;

b) Grant possession to the Plaintiff, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, upon the expiration of the period of redemption;

c) Find that the Defendant, Fitzroy P. Weatherspoon, is in breach of the Note by failing to make payment due as of April 1, 2020, and all subsequent payments, however, as affected by Defendant, Fitzroy P. Weatherspoon's discharge in bankruptcy, this action <u>does not</u> seek any personal liability on the part of the Defendant, Fitzroy P. Weatherspoon, but only seeks *in rem* judgment against the property;

d) Impose the applicable time periods for redemption, etc., as reflected in 14 M.R.S.A. § 6322 and determine the priority of, and amounts due any junior lienholders that appear;

e) Find that while the Defendant, Fitzroy P. Weatherspoon, has no personal liability in this matter, a Judgment of Foreclosure and Sale in this matter can be imposed *in rem* against the property commonly known as and numbered as 324 Lavertu Road, Madawaska, ME 04756;

f) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4,
By its attorneys,

Dated: November 29, 2023

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com