

**DOONAN, GRAVES & LONGORIA,** LLC
ATTORNEYS AT LAW

*100 CUMMINGS CENTER, SUITE 303C*
*BEVERLY, MASSACHUSETTS 01915*

*978.921.2670 | WWW.DGANDL.COM*
*HRS: MON-FRI 9 AM-4 PM*

May 17, 2022

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Fitzroy P. Weatherspoon
943 Anderson Road
Port Murray, NJ 07865

**Certified Article Number**
9414 7266 9904 2184 8381 22
**SENDER'S RECORD**

Fitzroy P. Weatherspoon
324 Lavertu Road
Madawaska, ME 04756

**Certified Article Number**
9414 7266 9904 2184 8381 15
**SENDER'S RECORD**

Fitzroy P. Weatherspoon
5614 Falcon Drive
Bethlehem, PA 18017

**Certified Article Number**
9414 7266 9904 2184 8381 08
**SENDER'S RECORD**

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:     324 Lavertu Road, Madawaska, ME 04756
     Loan Number:
     Payment Due Date:    April 1, 2020

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 and the Owner/Investor, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of First Horizon Home Loan Corporation its successors and assigns (if MERs) dated November 2, 2005 and recorded in the Aroostook County Registry of Deeds in Book 1473, Page 115. This firm is relying on information



EXHIBIT
M

provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

Amount of Past Due Payments          $22,189.03

**TOTAL TO CURE DEFAULT:**     $22,189.03

A portion of the amount due is reasonable interest in the amount of $10,724.64.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $22,189.03 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Fay Servicing, LLC, Payment Processing, 425 S. Financial Place, Suite 2000, Chicago, IL 60605.  Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (312) 780-0446 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation

to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loan Resolution Department
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
U.S. Bank National Association, not in its
individual capacity but solely in its capacity as
Indenture Trustee of CIM Trust 2018-R4

by its attorney

Reneau J. Longoria, Esq.
Lauren A. Thomas, Esq.

MNK
cc:  Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56539

This listing is current as of **01/23/2022**.

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** Info@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Rental Housing Workshops
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndlgeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** mesha.quinn@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** info@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339

**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English

**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA

**Website:** http://www.kvcap.org

**Agency ID:** 81685













100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

**DOONAN, GRAVES & LOI**
ATTORNEYS AT LAW

Fitzroy P. Weatherspoon
943 Anderson Road
Port Murray, NJ 07865

CERTIFIED MAIL

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 007.53°
MAY 18 2022

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

Fitzroy P. Weatherspoon
943 Anderson Road
Port Murray, NJ 07865

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 000.73°
MAY 18 2022

DOONAN, GRAVES & LON
ATTORNEYS AT LAW
100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Fitzroy P. Weatherspoon
324 Lavertu Road
Madawaska, ME 04756

CERTIFIED MAIL

9414 7266 9904 2184 8383 15

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 007.53⁰
MAY 18 2022

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW
100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Fitzroy P. Weatherspoon
324 Lavertu Road
Madawaska, ME 04756



FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 000.73⁰
MAY 18 2022

DG&L

DOONAN, GRAVES & LONG(
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

CERTIFIED MAIL



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 007.53⁰
MAY 18 2022

Fitzroy P. Weatherspoon
5614 Falcon Drive
Bethlehem, PA 18017

9434 7266 9904 2164 8361 08

FIRST-CLASS

---

DG&L

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.73⁰
MAY 18 2022

Fitzroy P. Weatherspoon
5614 Falcon Drive
Bethlehem, PA 18017

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: **DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:
Fitzroy P. Weatherspoon
324 Lavertu Road
Madawaska, ME 04756

Postmark Here
BEVERLY MA OFFI
MAY 1 8 2022
USPS

PS Form                     599-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: **DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:
Fitzroy P. Weatherspoon
943 Anderson Road
Port Murray, NJ 07865

Postmark Here
BEVERLY MA
MAY 1 8 2022
USPS

PS For.                     )65

---

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: **DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:
Fitzroy P. Weatherspoon
5614 Falcon Drive
Bethlehem, PA 18017

Postmark Here
BEVERLY MA OFFI
MAY 1 8 2022
USPS

PS Form 3817, April 2007  PSN 7530-02-000-9065







**Haley Carter**

---

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, May 18, 2022 9:08 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC Loan Resolution Department
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446

-----
Consumer Information
-----

Consumer First name:Fitzroy
Consumer Middle Initial/Middle Name: P
Consumer Last name:Weatherspoon
Consumer Suffix:
Property Address line 1:324 Lavertu Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Madawaska
Property Address State:
Property Address zip code:04756
Property Address County:Aroostook

-----
Notification Details
-----

Date notice was mailed:5/18/2022
Amount needed to cure the default:22,189.03 Consumer Address line 1:943 Anderson Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Port Murray
Consumer Address State:NJ
Consumer Address zip code:07865
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

## Haley Carter

**From:** Nobody <nobody@informe.org>
**Sent:** Wednesday, May 18, 2022 9:11 AM
**To:** Haley Carter
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC Loan Resolution Department
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446

-----
Consumer Information
-----

Consumer First name:Fitzroy
Consumer Middle Initial/Middle Name: P
Consumer Last name:Weatherspoon
Consumer Suffix:
Property Address line 1:324 Lavertu Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Madawaska
Property Address State:
Property Address zip code:04756
Property Address County:Aroostook

-----
Notification Details
-----

Date notice was mailed:5/18/2022
Amount needed to cure the default:22,189.03 Consumer Address line 1:324 Lavertu Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Madawaska
Consumer Address State:ME
Consumer Address zip code:04756
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

1

**Haley Carter**

---

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, May 18, 2022 9:14 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC Loan Resolution Department

425 S. Financial Place

Suite 2000

Chicago, IL 60605

(312) 780-0446

-----

Consumer Information

-----

Consumer First name:Fitzroy

Consumer Middle Initial/Middle Name: P

Consumer Last name:Weatherspoon

Consumer Suffix:

Property Address line 1:324 Lavertu Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Madwaska

Property Address State:

Property Address zip code:04756

Property Address County:Aroostook

-----

Notification Details

-----

Date notice was mailed:5/18/2022

Amount needed to cure the default:22,189.03 Consumer Address line 1:5614 Falcon Drive Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Bethlehem

Consumer Address State:PA

Consumer Address zip code:18017

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.



**DOONAN, GRAVES & LON[...]**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

CERTIFIED MAIL®

9414 7266 9904 2184 8381 15


FIRST-CLASS

US POSTAGE
ZIP 01915
02 7H
0001338074

Fitzroy P. Weatherspoon
324 Lavertu Road
Madawaska, ME 04756



NIXIE     015   FE 1      0005/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 01915610733    *0821-06890-1

-..9330010679217020     UTF
0475632999
0191556107



**DOONAN, GRAVES & LONG[...]**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

CERTIFIED MAIL®

9414 7266 9904 2184 8381 08


FIRST-CLASS

US POSTAGE
ZIP 01915
02 7H
0001338074

Fitzroy P. Weatherspoon
5614 Falcon Drive
Bethlehem, PA 18017



NIXIE     171   DE 1      0005/11/
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 01915610733    *0821-06889-19


NSS
18001483610070i0

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

Return Receipt (Form 3811) Barcode

9590 9266 9904 2184 8381 25

**1. Article Addressed to:**

Fitzroy P. Weatherspoon
943 Anderson Road
Port Murray, NJ 07865

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2184 8381 22

PS Form 3811, Facsimile, July 2015

A. Signature
X
☐ Agent
☐ Addre

B. Received by (Printed Name)
C. Date of Delive

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type:**
☒ Certified Mail

Reference Information

HC/MNK
Fitzroy Weatherspoon
56539

Domestic Return Re